UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60008-CIV-COHN/SELTZER

MICHELANGELO COLLAZO,

    Plaintiff,

vs.

MARIA TERESA DOMINGUEZ

    Defendant.

_____/

## FINAL DEFAULT JUDGMENT AGAINST DEFENDANT MARIA TERESA DOMINGUEZ

**THIS CAUSE** is before the Court upon Plaintiff's Verified Motion for Final Default Judgment against Defendant MARIA TERESA DOMINGUEZ ("Defendant") [D.E. 14] filed April 3, 2013. Plaintiff filed this action on January 2, 2013. On March 5, 2013, the Clerk entered Default against Defendant MARIA TERESA DOMINGUEZ due to her failure to answer or otherwise plead to the Complaint. [D.E.11]. Therefore it is hereby

**ORDERED and ADJUDGED** as follows:

Plaintiff's Verified Motion for Final Default Judgment against Defendant MARIA TERESA DOMINGUEZ is **GRANTED**. Judgment is hereby entered in favor of Plaintiff MICHELANGELO COLLLAZO against Defendant, MARIA TERESA DOMINGUEZ. The Court herby ENJOINS Defendant, MARIA TERESA DOMINGUEZ from continuing her discriminatory practices, and ORDERS Defendant, MARIA TERESA DOMINGUEZ to alter the Facility located at 3943 West Davie Boulevard, Fort Lauderdale, FL 33312.. (the "Facility") to comply with 42 U.S.C. § 12181, *et seq.* as follows:

**ACCESSIBLE ELEMENTS**

    a.    Defendant, MARIA TERESA DOMINGUEZ shall modify the accessible parking spaces at the Facility so they have proper identification signs at the proper height in compliance with section 502.6 of the 2010 ADAAG standards.

    b.    Defendant, MARIA TERESA DOMINGUEZ shall modify one accessible parking space at the Facility so that it has a van accessible parking space in compliance with section 2087.2.4 of the 2010 ADAAG standards and said van accessible parking space has the required "Van Accessible" designation on the sign in front of the van accessible parking space in compliance with section 502.6 of the 2010 ADAAG standards.

    c.    Defendant, MARIA TERESA DOMINGUEZ shall modify the accessible parking spaces at the Facility so the accessible parking spaces are adequately marked and in compliance with section 502.1 of the 2010 ADAAG standards.

    d.    Defendant, MARIA TERESA DOMINGUEZ shall modify the Facility to ensure the ramp currently located within the access aisle of the accessible parking space is no longer intruding into the access aisle and that the access aisles to the accessible parking spaces are level as required by section 502.4 of the 2010 ADAAG standards.

    e.    Defendant, MARIA TERESA DOMINGUEZ shall modify the accessible parking spaces at the Facility so the access aisles adjacent to the accessible

parking space are properly marked as required by section 502.3.3 of the 2010 ADAAG standards.

f.      Defendant, MARIA TERESA DOMINGUEZ shall modify the ground surfaces along the accessible routes of the exterior of the facility so that all vertical rises exceeding ¼ inch in height are beveled at a maximum angle of 45 degrees or otherwise made flat in compliance with section 302.1 of the 2010 ADAAG standards.

g.      Defendant, MARIA TERESA DOMINGUEZ shall modify the ramps servicing the Facility to provide edge protection in compliance with section 405.9 of the 2010 ADAAG standards.

h.      Defendant, MARIA TERESA DOMINGUEZ shall modify the accessible routes of the exterior and interior of the Facility so that publically accessible areas of the Facility have accessible routes with minimum clear widths of 36 inches in compliance with section 403.5.1 of the 2010 ADAAG standards.

i.      Defendant, MARIA TERESA DOMINGUEZ shall modify the curb ramps on the Facility so that the curb ramp side flares have a slope below the 1:10 maximum provided by section 406.3 of the 2010 ADAAG standards.

j.      Defendant, MARIA TERESA DOMINGUEZ shall modify the interior sales and service counters in the Facility so that said service counters have minimum 36 inch

long section which has a maximum height of 36 inches from the finished floor in compliance with section 904.4 of the 2010 ADAAG standards.

k.  Defendant, MARIA TERESA DOMINGUEZ shall modify the landings in front of the curb ramp so they have a minimum 36 inch clear width space.

**RESTROOMS IN ANTOJITOS MEXICANOS RESTAURANT**

l.  Defendant, MARIA TERESA DOMINGUEZ shall modify the restroom doors so said doors have signage in compliance with 216.8 and 703.7.2.1 of the 2010 ADAAG regulations.

m.  Defendant, MARIA TERESA DOMINGUEZ shall modify the restroom doors so said doors have proper door hardware in compliance with section 404.2.7 of the 2010 ADAAG regulations.

n.  Defendant, MARIA TERESA DOMINGUEZ shall modify the restroom doors so said doors have minimum clear width above 32 inches in compliance with section 404.2.3 of the 2010 ADAAG regulations.

o.  Defendant, MARIA TERESA DOMINGUEZ shall modify the restroom doors so said doors do not swing into the clear floor space or space required by fixtures in the restrooms in compliance with section 603.2.3 of the 2010

p.  Defendant, MARIA TERESA DOMINGUEZ shall modify the lavatories (sinks) in the restrooms so at least one sink in each restroom has adequate knee and toe clearance in compliance with section 306 of the 2010 ADAAG regulations.

q. Defendant, MARIA TERESA DOMINGUEZ shall modify the paper towel dispensers in the restrooms so that the actionable mechanism of the paper towel dispenser is at a maximum height of 48 inches from the finished floor in compliance with section 308.2.1 of the 2010 ADAAG standards.

r. Defendant, MARIA TERESA DOMINGUEZ shall modify the mirrors in the restrooms so at least one mirror in each bathroom has its bottom edge reflecting surface at a maximum height of 40 inches from the finished floor in compliance with section 603.3 of the 2010 ADAAG regulations.

s. Defendant, MARIA TERESA DOMINGUEZ shall modify the restrooms so as to place grab bars adjacent to at least one toilet in each restroom that are compliant with section 604.5 of the 2010 ADAAG standards.

t. Defendant, MARIA TERESA DOMINGUEZ shall modify the restrooms so there is adequate clear turning space in compliance with 603.2.1 in each restroom.

All references to "ADAAG standards" shall refer to ADA Accessibility Guidelines for Buildings and Facilities (ADAAG) as amended through September 2010.

The above-referenced alterations and modifications shall be completed in all respects by August 1, 2013.  If the alterations and modifications are not completed in all respects by August 1, 2013, then MARIA TERESA DOMINGUEZ shall be subject to reasonable sanctions to compel compliance with this Judgment.  Said sanctions may include but not be limited to per diem fines and/or the closing of the premises until said modifications are completed.  It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**, and the Clerk of the Court is directed to **CLOSE** this case. The Court retains jurisdiction of the above-styled action to permit Plaintiff to seek attorney's fees and costs and to assure MARIA TERESA DOMINGUEZ's subsequent compliance with this Judgment.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida this 22nd day of April, 2013.

JAMES I. COHN
United States District Judge

Copies furnished to:
Counsel of record via CM/ECF.


PETRO REALESTATE HOLDINGS, INC
attn. Ruben F. Gonzalez, Registered Agent
2401 NW 30th Avenue
Miami, FL 33142.